663 A.2d 638

IN THE MATTER OF WILLIAM E. AGRAIT,
AN ATTORNEY AT LAW.

September 12, 1995.

**ORDER**

The Disciplinary Review Board having filed its decision with the Court on June 29, 1995, recommending that a letter of admonition be issued to **WILLIAM E. AGRAIT** of **NEWARK,** who was admitted to the bar of this State in 1984, for violation of *RPC* 1.15(a) (negligent misappropriation of client trust funds) and *RPC* 1.15(d) (failure to comply with the recordkeeping requirements of *Rule* 1:21–6), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.